### IN THE UNITED STATES DISTRICT COURT FOR
### THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN HÖGANÄS COMPANY, | : Case No. 3:17-cv-00207-KRG |
| Plaintiff, | : |
| v. | : |
| WHERTEC, INC., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

All parties to this action hereby stipulate to the dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41. All parties shall bear their own costs and fees.

SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC

By: /s/ Michael J. Parrish, Jr.
    Michael J. Parrish, Jr., Esquire
    Attorneys for Plaintiff,
    North American Höganäs Company

By: /s/ Timothy R. Smith, Esquire
    Timothy R. Smith, Esquire
    Attorneys for Defendant,
    Whertec, Inc.

DATED:  June 4, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **Stipulation of Dismissal** was served via electronic mail, this 4th day of June, 2019.

Timothy R. Smith, Esquire
Pion, Nerone, Girman, Winslow & Smith, P.C.
1500 One Gateway Center
Pittsburgh, Pennsylvania 15222

SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC

 /s/ Michael J. Parrish, Jr.
Michael J. Parrish, Jr., Esquire
*Attorneys for Plaintiff,*
*North American Höganäs Company*